UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>THERMAL LOGISTICS, INC.,,<br><br>Defendant. | Case No. 5:14-cv-04979-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed Plaintiff's Case Management Statement filed on March 31, 2015 (Docket Item No. 8), and considering the request for entry of Defendant's default, the court has determined that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for April 9, 2015, is CONTINUED to **10:00 a.m. on June 18, 2015.** The parties shall file an updated Joint Case Management Conference Statement, or an updated separate statement as appropriate, on or before **June 11, 2015**.

**IT IS SO ORDERED.**

Dated: April 1, 2015

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:14-cv-04979-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE