UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U. A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>    Plaintiff,<br><br>  v.<br><br>THERMAL LOGISTICS, INC.,<br><br>    Defendant. | Case No. 5:14-cv-04979-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Defendant's default having been entered by the Clerk on April 8, 2015 (Docket Item No. 11), the Case Management Conference scheduled for June 18, 2015, is VACATED. The court schedules a hearing on Plaintiff's anticipated motion for entry of default judgment for **9:00 a.m. on August 13, 2015.** Plaintiff shall file the motion requesting such relief on or before **July 9, 2015.**

**IT IS SO ORDERED.**

Dated: June 3, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:14-cv-04979-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE