UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U. A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>THERMAL LOGISTICS, INC.,<br><br>Defendant. | Case No.  5:14-cv-04979-EJD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND MOTION FILING DEADLINE**<br><br>Re: Dkt. No. 13 |

Plaintiff's motion to extend the deadline to file a motion for default judgment (Docket Item No. 13) is GRANTED.

The deadline to file the motion is extended from July 9, 2015, to **August 10, 2015.** The hearing on the anticipated motion, previously scheduled for August 13, 2015, is reset to **9:00 a.m. on September 24, 2015.**

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:14-cv-04979-EJD
ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND MOTION FILING DEADLINE