MARK S. RENNER, SBN 121008
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue Suite 120
San Jose, California 95125
Telephone: 408.979.2920
Facsimile: 408.979.2934
mrenner@wmprlaw.com

Attorneys for Plaintiff TRUSTEES

*IT IS SO ORDERED*
*Judge Edward J. Davila*
Dated: 8/21/2015

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>THERMAL LOGISTICS, INC.<br><br>Defendant. | CASE NO. C 14-04979 EJD<br><br>**NOTICE OF DISMISSAL**<br>**F.R.C.P. 41(a)(1)(A)(i)** |

No appearance having been made by the Defendant in this action, Plaintiffs hereby dismisses this action under the terms of F.R.C.P. 41(a)(1)(A)(i).

The Clerk shall close this file.

Dated: August 14, 2015          WYLIE, MCBRIDE, PLATTEN & RENNER


By: _____
MARK S. RENNER
Attorney for Plaintiff Trustees

I:\0039\06873\pnd\notice of dismissal.docx

1
NOTICE OF DISMISSAL (F.R.C.P. 41(a)(1)(A)(i))
Case No.: C 14-04979 EJD